IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:09cv43

| | | |
|---|---|---|
| GRADY ANDERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on the Plaintiff's Application for Admission to Practice *Pro Hac Vice* of Carol Avard. [Doc. 3].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 3] is **ALLOWED**, and Carol Avard is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: September 1, 2009

Martin Reidinger
United States District Judge